DARRYL P. RAINS (*Pro Hac Vice*)
DRains@mofo.com
ERIK J. OLSON (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

JAMES J. PISANELLI (SBN 4027)
jpisanelli@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

Attorneys for defendants Global Cash Access Holdings, Inc.,
Kirk Sanford, Harry C. Hagerty III, Walter G. Kortschak,
Charles J. Fitzgerald, E. Miles Kilburn, William H. Harris, and
Summit Partners L.P.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. SHAREHOLDER LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Lead Case No. 2:07-cv-01659-JCM-PAL<br><br>Consolidated for all pretrial purposes with Lead Case No. 2:08-cv-1320-KJD-GWF<br><br>**CLASS ACTION**<br><br>**RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

Defendants Global Cash Access Holdings, Inc., Kirk Sanford, Harry C. Hagerty III,

Walter G. Kortschak, Charles J. Fitzgerald, E. Miles Kilburn, William H. Harris, and Summit

Partners L.P. (collectively, the "Company Defendants") file this Response to the Court's

September 21, 2009, Order requiring an explanation for the apparent failure of defendants to file a

Certificate of Interested Parties.

What from the vantage point of the Court appears to be a conscious failure by defendants

to file a Certificate of Interested Parties appears to be a simple docketing mistake.  As described

below, the Company Defendants sought diligently to comply with the Court's August 14, 2009,

1

1   Order and filed a Certificate of Interested Parties on August 17, 2009.  Contrary to the

2   intent of the Company Defendants, the Certificate of Interested Parties they filed was

3   docketed only under Case Number 2:07-cv-01659-JCM-PAL and not also under Case

4   Number 2:08-cv-1320-JCM-PAL.  To avoid any further issues and confusion, the Company

5   Defendants are re-filing their Certificate under Case Number 2:08-cv-1320-JCM-PAL.  The

6   circumstances of this error are described further below.

7          On August 14, 2009, this Court ordered Defendants Global Cash Access Holdings, Inc.,

8   Kirk Sanford, Summit Partners, L.P., Walter G. Kortschak, Charles W. Fitzgerald, E. Miles

9   Kilburn, William H. Harris, Harry C. Hagerty, III, Karim Maskatiya, Robert Cucinotta, and

10  M&C International to file a Certificate of Interested Parties by August 31, 2009.  (Dkt. #119.)

11         On August 17, 2009, the next business day, the Company Defendants promptly filed their

12  Certificate of Interested Parties ("Certificate").  (*See* Company Defendants' Request for Judicial

13  Notice in support of Response to Order to Show Cause ("RJN") ¶¶ A-B.)  This Certificate

14  duplicated much of the information in the Certificate of Interested Parties that all defendants

15  filed on June 19, 2008, in the original derivative action before that case was consolidated

16  with the class action in December 2008.[1]  (*See Id*. ¶ D and Ex. A; Order to Consolidate

17  (Dkt. #93).)  The caption on the August 17, 2009, Certificate identifies both the lead case,

18  Case Number 2:07-cv-01659-JCM-PAL, and the consolidated case, Case Number 2:08-cv-1320-

19  KJD-GWF, and states that the Certificate is related to case number 2:08-cv-1320-KJD-GWF.

20  But it now appears that the Certificate was docketed only in the former.[2]  Upon the filing of the

21  August 17, 2009 Certificate, the Company Defendants believed that they had complied with the

22  Court's August 14th Order.

---

[1] The Company Defendants originally believed that the filing of the June 19, 2008, Certificate of Interested Parties had been sufficient to apprise the Court of the interested parties in the consolidated cases.  (*See* RJN ¶ D.)

[2] Defendants Maskatiya, Cucinotta, and M&C International, who at the time were and still are separately represented, also filed a Certificate of Interested Parties on August 5, 2009, in Case Number 2:07-CV-01659-JCM-PAL.  (*See* RJN ¶¶ A & C.)  It appears the same error occurred.

1    It was not until the Company Defendants received the Court's September 21, 2009, Order

2    to Show Cause (Dkt. #120) that they learned of any apparent noncompliance.  It was the

3    Company Defendants' intent that the dockets in all of the consolidated actions reflect the filing of

4    the Certificate no later than August 17, 2009.  Contemporaneous with this Response, the

5    Company Defendants are re-filing their Certificate under Case Number 2:08-cv-1320-JCM-PAL

6    to avoid any mistake and resolve any issues.

7    The Company Defendants acted in good faith and believed they were in compliance with

8    the Court's August 14th Order by filing their Certificate of Interested Parties on August 17, 2009.

9    Counsel for the Company Defendants have changed their internal captions to avoid any future

10   errors.  The Company Defendants respectfully submit that sanctions should not be imposed.

11

12   Dated: September 24, 2009          By:_____/s/ James J. Pisanelli_____

13                                      JAMES J. PISANELLI
                                        BROWNSTEIN HYATT FARBER SCHRECK LLP

14                                                      AND

15                                      DARRYL P. RAINS
16                                      ERIK J. OLSON
                                        MORRISON & FOERSTER LLP

17                                      Attorneys for Defendants Global Cash Access
18                                      Holdings, Inc., Kirk Sanford, Harry C. Hagerty III,
                                        Walter G. Kortschak, Charles J. Fitzgerald, E. Miles
19                                      Kilburn, William H. Harris, and Summit
                                        Partners L.P.

20

21

22

23

24

25

26

27

28