GARY R. GOODHEART
Nevada Bar #1203
AMANDA J. COWLEY, ESQ.
Nevada Bar #4578
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
*Local Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*

STUART M. GRANT (*Pro Hac Vice*)
MEGAN D. MCINTYRE (*Pro Hac Vice*)
JEFF A. ALMEIDA (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
*Lead Counsel for Lead Plaintiff City of Richmond Retirement System and the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE GLOBAL CASH ACCESS HOLDINGS, INC. SECURITIES LITIGATION | Case No. 2:08-CV-01320-JCM-PAL<br><br>**DECLARATION OF MEGAN D. MCINTYRE IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, PRELIMINARY CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF NOTICE, AND SETTING OF FINAL FAIRNESS HEARING** |

MEGAN D. MCINTYRE declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the laws of the State of Nevada, as follows:

1. I am an attorney at the law firm of Grant & Eisenhofer P.A., and I am licensed to practice before the courts of the State of Delaware. I have been admitted to practice before

this Court *pro hac vice* in this matter. I respectfully submit this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Settlement, Preliminary Class Certification for Settlement Purposes, Approval of Form and Manner of Notice, and Setting of Final Fairness Hearing.

2. Attached hereto as Exhibit A is a true and correct copy of the Certification of City of Richmond Retirement System in Support of Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Counsel.

3. Attached hereto as Exhibit B is the firm resume of Grant & Eisenhofer P.A.

4. Attached hereto as Exhibit C is a true and correct copy of the June 26, 2008 Opinion and Order consolidating the individual shareholder action and the City of Richmond Retirement System action, appointing City of Richmond Retirement System as Lead Plaintiff in the consolidated securities action, and appointing Grant & Eisenhofer P.A. as Lead Counsel.

5. Attached hereto as Exhibit D are background materials provided to me by Analytics Inc., describing their claims administration experience.

I declare pursuant to 28 U.S.C. § 1746 and the laws of the State of Nevada that the foregoing is true and correct.

Executed this 17th day of February, 2010.

By: /s/ Megan D. McIntyre
Megan D. McIntyre

DECLARATION OF MEGAN D. MCINTYRE IN SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Declaration of Megan D. McIntyre in Support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Settlement, Preliminary Class Certification for Settlement Purposes, Approval of Form and Manner of Notice, and Setting of Final Fairness Hearing was served on February 17, 2010, via electronic service upon all persons registered to receive service through the Court's electronic filing system in this action.

Dated: February 17, 2010         s/ Megan D. McIntyre
                                 Megan D. McIntyre