UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF RICHMOND RETIREMENT SYSTEM<br><br>Plaintiff(s),<br><br>VS.<br><br>GLOBAL CASH ACCESS HOLDINGS INC.<br><br>Defendant(s), | 2:08-CV-1320-JCM-PAL |

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: February 7, 2011

*[signature]*

**U.S. DISTRICT JUDGE**